In the Matter of JOHN RICHARD, Petitioner, v HAROLD GRAHAM, Superintendent, Respondent. [955 NYS2d 785]

Present—Smith, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

In the Matter of SHAMEL DAVIS, Petitioner, v BRIAN FISCH-ER, Commissioner, Department of Corrections and Community Supervision, Respondent. [957 NYS2d 261]

Present—Smith, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.